

# NUMBER 13-13-00604-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**ROY LYNN MCDAVID JR.,**                                        **APPELLANT,**

**v.**

**JOHN DOE LAND AND STRUCTURE OWNER,**
**5701 COUGAR DRIVE, APT - D,**
**AUSTIN, TEXAS 78745,**                                        **APPELLEE.**

---

### On Appeal from the 261st District Court
### of Travis County, Texas.

---

### MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Benavides
### Memorandum Opinion Per Curiam[1]

---

1 This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.  *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).

1

Appellant, Roy Lynn McDavid Jr., proceeding pro se, perfected an appeal from a judgment entered by the 261st District Court of Travis County, Texas, in cause number D-1-GN-11-003724. Appellant has now filed a motion to dismiss this appeal on grounds that he no longer wishes to pursue the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
14th day of August, 2014.